IN THE SUPREME COURT OF NORTH CAROLINA

No. 330A17

Filed 21 September 2018

STATE OF NORTH CAROLINA

v.

JOHN H. SAYRE


Appeal pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 803 S.E.2d 699 (2017), affirming an order entered on 2 May 2016 by Judge Eric C. Morgan in Superior Court, Forsyth County. Heard in the Supreme Court on 27 August 2018.

*Joshua H. Stein, Attorney General, by Kimberly N. Callahan, Assistant Attorney General, for the State.*

*Glenn Gerding, Appellate Defender, by Nicholas C. Woomer-Deters, Assistant Appellate Defender, for defendant-appellant.*


PER CURIAM.


AFFIRMED.